IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:16-cv-0097

| | | |
|---|---|---|
| MARY HARRELL EVERETTE | ) | State Court Civil Action No. 16-CVS-400 |
| | ) | Edgecombe County, N.C. |
| Plaintiff, | ) | |
| vs. | ) | **CONSENT ORDER TO REMAND** |
| WAL-MART STORES EAST, LP, | ) | |
| WAL-MART STORES, INC., and | ) | |
| WAL-MART ASSOCIATES, INC., | ) | |
| Defendants | ) | |

Now come the parties, through undersigned counsel, as evidenced by signatures of counsel below, and based upon Plaintiff's Motion to Remand to which the defendants have no objection, submit this consent order for remand of this matter to the Superior Court of Edgecombe County, North Carolina, for further disposition.

Dated this 20th day of July, 2016.

**BATTLE, WINSLOW, SCOTT & WILEY, P.A.**

BY: /s/ Marshall A. Gallop, Jr.
Marshall A. Gallop, Jr.
NC State Bar No. 6626
P. O. Box 7100
Rocky Mount, NC 27804-0100
Telephone: (252) 937-2200
Email: mgallop@bwsw.com
*Attorney for Plaintiff*

**BROWN, CRUMP, VANORE & TIERNEY, L.L.P.**

By: /s/ Michael W. Washburn
Michael W. Washburn
NC State Bar No. 20202
P.O. Box 1729
Raleigh, NC 27602
Telephone: (919) 835-0909
Facsimile: (919) 835-0915
Email: mwashburn@bcvtlaw.com
*Attorney for Defendant*

Page 2 – Consent Order to Remand
Everett v Wal-Mart
Case No. 4:16-cv-0097


THIS MATTER came before the Court upon the Plaintiff's Motion to Remand and it appearing to the Court by the signatures evidenced herein that the parties consent to the Motion, the court finds that the motion should be allowed.

It is hereby ORDERED that his matter be remanded to the Superior Court Division of Edgecombe County, North Carolina.

SO ORDERED this **19** day of July, 2016.

JAMES C. DEVER III
Chief United States District Judge